RECEIPT # 55789
AMOUNT $ 150—
SUMMONS ISSUED _____
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE 4-9-04

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GERBER RADIO SUPPLY CO., INC. )
d/b/a GERBER ELECTRONICS, )
                              )
             Plaintiff,       )
                              )
vs.                           )    Civil Action No. _____
                              )
CINCH CONNECTOR, INC.,        )
                              )    **04 - 10724 RGS**
             Defendant.       )
                              )    MAGISTRATE JUDGE Collings

DATE: 4-12-04
BY: CMV

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1441, Defendant Cinch Connector, Inc. ("Cinch") requests that Civil Action No. 04-00414, pending in the Trial Court, Superior Court Department of the Commonwealth of Massachusetts be removed to the United States District Court for the District of Massachusetts. In support, Cinch states as follows:

1. Plaintiff Gerber Radio Supply Co., Inc. d/b/a Gerber Electronics ("Gerber") filed a complaint on or around March 10, 2004 against Cinch in the Trial Court, Superior Court Department of the Commonwealth of Massachusetts, Civil Action No. 04-00414. The complaint alleges breach of contract and unjust enrichment claims and requests damages in an amount of $77,950.35. A copy of the complaint and summons is attached as Exhibit A.

2. Removal of this action is proper under 28 U.S.C. §1441(a). Cinch is a Delaware corporation registered to do business in Illinois and Gerber is a Massachusetts corporation. The amount in controversy, exclusive of interest and costs, exceeds the

federal court jurisdictional amount of $75,000. Accordingly, this court has original jurisdiction under 28 U.S.C. §1332.

3. Cinch was served with the complaint on or about March 19, 2004. Accordingly, this Notice of Removal is filed within 30 days of service.

4. Copies of this Notice of Removal are being served on Gerber and filed with the Trial Court, Superior Court Department of the Commonwealth of Massachusetts.

WHEREFORE, Petitioner/Defendant Defendant Cinch Connector, Inc., requests that this court order Civil Action No. 04-00414, pending in the Trial Court, Superior Court Department of the Commonwealth of Massachusetts be removed to the United States District Court for the District of Massachusetts.

April 8, 2004                                Respectfully submitted,

                                             CINCH CONNECTOR, INC.

                                             By its counsel

                                             _____
                                             Stephen Wald (BBO #312350)
                                             Chauncey D. Steele IV (BBO #647207)
                                             Craig and Macauley Professional Corporation
                                             Federal Reserve Plaza
                                             600 Atlantic Avenue
                                             Boston, MA 02210
                                             (617) 367-9500

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail on April 8, 2004.

_____
Chauncey D. Steele IV