UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERBER RADIO SUPPLY CO., INC. d/b/a GERBER ELECTRONICS, <br><br> Plaintiff, <br><br> vs. <br><br> CINCH CONNECTOR, INC., <br><br> Defendant. | Civil Action No. 04-10724 RGS |

**DEFENDANT'S ASSENTED-TO MOTION
FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

Defendant Cinch Connector, Inc. ("Cinch") hereby moves for a one-week enlargement of time to respond to Plaintiff's Complaint. As grounds therefore, Cinch states that it recently removed the matter from Norfolk Superior Court, that Plaintiff's counsel has previously extended the courtesy of a brief extension, and that Plaintiff's case will not be prejudiced by the allowance of this motion. Should the Court grant the instant motion, Cinch will respond to the Complaint on or before April 30, 2004.

Dated: April 23, 2004

Respectfully submitted,

CINCH CONNECTOR, INC.

By its counsel,

_____
Stephen Wald (BBO #312350)
Chauncey D. Steele IV (BBO #647207)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

## RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I conferred with Plaintiff's counsel, Stephen Schultz, on April 23, 2004, that I attempted in good faith to resolve this issue, and that he assented to the instant motion.

_____
Chauncey D. Steele IV

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on April 23, 2004.

_____
Chauncey D. Steele IV