UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERBER RADIO SUPPLY CO., INC.<br>d/b/a GERBER ELECTRONICS,<br><br>Plaintiff,<br><br>vs.<br><br>CINCH CONNECTOR, INC.,<br><br>Defendant. | Civil Action No. 04-10724 RGS |

## DEFENDANT'S ASSENTED-TO MOTION
## FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Defendant Cinch Connector, Inc. ("Cinch") hereby moves for a one-week enlargement of time to respond to Plaintiff's Complaint. As grounds therefore, Cinch states that it recently removed the matter from Norfolk Superior Court, that Plaintiff's counsel has previously extended the courtesy of a brief extension, that lead counsel has fallen ill, and that Plaintiff's case will not be prejudiced by the allowance of this motion. Should the Court grant the instant motion, Cinch will respond to the Complaint on or before May 7, 2004.

Dated: April 29, 2004

Respectfully submitted,

CINCH CONNECTOR, INC.

By its counsel,

_____
Stephen Wald (BBO #312350)
Chauncey D. Steele IV (BBO #647207)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

## RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I conferred with Plaintiff's counsel, Mark Engle, on April 29, 2004, that I attempted in good faith to resolve this issue, and that he assented to the instant motion.

_____
Chauncey D. Steele IV

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on April 29, 2004.

_____
Chauncey D. Steele IV

# CRAIG AND MACAULEY | PROFESSIONAL CORPORATION
## COUNSELLORS AT LAW

www.craigmacauley.com

FEDERAL RESERVE PLAZA
600 ATLANTIC AVENUE
BOSTON, MASSACHUSETTS 02210

TEL (617) 367-9500
FAX (617) 742-1788

April 29, 2004

Clerk of the Court
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA  02210



Re:   Gerber Radio Supply Co., Inc. v. Cinch Connector, Inc.
      United States District Court, Civil Action No. 04-10724 RGS

Dear Sir/Madam:

Enclosed for filing with the court in the above-entitled matter is Defendant's Assented-to Motion for Enlargement of Time to Respond to the Complaint.

Thank you for your assistance

Sincerely yours,

Chauncey D. Steele IV

CDS/mk
Enclosure
cc:   Stephen Schultz, Esq.
      Tina M. Paries, Esq.