**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GERBER RADIO SUPPLY CO., INC. )<br>d/b/a GERBER ELECTRONICS, )<br>        )<br>        Plaintiff, )<br>        )<br>vs.    )<br>        )<br>CINCH CONNECTOR, INC., )<br>        )<br>        Defendant, )<br>        ) | FILED<br>CLERKS OFFICE<br>2004 MAY 21  A 11: 52<br>U.S. DISTRICT COURT<br>DISTRICT OF MASS.<br><br>Civil Action No. 04-10724 RGS |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO OPPOSE OR OTHERWISE RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Gerber Radio Supply Co., Inc. ("Gerber") respectfully requests that this Court enter an order extending for seven (7) days (until **May 28, 2004**) the deadline for Gerber to oppose or otherwise respond to the Defendant's Motion to Dismiss. In support of this request, Gerber states that it is currently attempting to gather the information needed to respond to the Motion to Dismiss, and requires an additional seven days to draft their opposition. Gerber further states that the Defendant has assented to this motion.

Assented-to,
CINCH CONNECTOR, INC.
By its attorneys,

_[signature]_
Stephen Wald (BBO #312350)
Chauncey D. Steele IV (BBO #647207)
Craig and Macauley, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

Date: 5/21/04

Respectfully submitted,
GERBER RADIO SUPPLY CO., INC.
By its attorneys,

_[signature]_
Mark Engel (BBO #154440)
Engel & Schultz, P.C.
125 High Street, Suite 2601
Boston, MA 02210
Tel. (617) 951-9980
Fax (617) 951-0048

# ENGEL & SCHULTZ, P.C.

Attorneys at Law

125 High Street, Suite 2601
Boston, MA 02110-2704

FILED
IN CLERKS OFFICE
2004 MAY 21  A 11: 52
U.S. DISTRICT COURT
DISTRICT OF MASS

Mark D. Engel
Email: mdengel@engelschultz.com

Phone: (617) 951-9980
Facsimile: (617) 951-0048

May 21, 2004

BY HAND
Clerk
John Joseph Moakely U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: *Gerber Radio Supply Co., Inc., vs. Cinch Connector, Inc.*, CA No. 04-10724 RGS

Dear Sir/Madam:

Enclosed herein for filing in the above-referenced matter, please find Assented-to Motion for Extension of Time to Oppose or Otherwise Respond to Defendant's Motion to Dismiss.

Very truly yours,

Mark D. Engel, Esq.

cc: Stephen Wald, Esq.