UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 28  P 12: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

GERBER RADIO SUPPLY CO., INC.
d.b.a. GERBER ELECTRONICS,
    Plaintiff

-vs-

CINCH CONNECTOR, INC.
    Defendant

CIVIL ACTION #  04-10724 RGS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION FOR ALLOWANCE TO AMEND COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a) plaintiff Gerber Radio Supply Co., Inc. move to amend its Complaint against Cinch Connector, Inc. by adding a new Count (Breach of Contract).

Copies of the Amended Complaint are attached to this Motion.

The reasons for granting this Motion are set forth in the accompanying Memorandum.

1

BY GERBER RADIO SUPPLY CO.'S
ATTORNEYS,

_____
Mark Engel, Esq.
BBO # 154440
Stephen Schultz, Esq.
BBO # 447680
Engel & Schultz, P.C.
125 High Street
High Street Tower, Suite 2601
Boston, MA 02110
(617) 951-9980

Date: MAY 28, 2004

Certificate of Service

I, Mark D. Engel, hereby certify that I served a copy of the above-entitled document on counsel of record for the defendant in the above-entitled case by hand on this 28th day of May, 2004.

_____
Mark D. Engel