IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERBER RADIO SUPPLY CO., INC. d/b/a GERBER ELECTRONICS, </br></br>Plaintiff, </br></br>vs. </br></br>CINCH CONNECTOR, INC., </br></br>Defendant. | ) ) ) ) ) ) ) Civil Action No. 1:04-cv-10724-RGS ) ) ) ) ) |

FILED
Clerk's Office
USDC, Mass.
Date 7-12-04
By _____
Deputy Clerk

### DEFENDANT CINCH CONNECTOR, INC.'S MOTION TO TRANSFER VENUE

In accordance with 28 U.S.C. § 1404(a), Defendant Cinch Connector, Inc.. ("Cinch"), through its attorneys, requests that this Court transfer this action to the United States District Court for the Northern District of Illinois. In support of this motion, Cinch states as follows:

1. The parties' Agreement contains an explicit choice of law and venue clause where both Cinch and Gerber agreed that any dispute would be decided under Illinois law and in an Illinois venue..

2. Both private and public interest factors indicate that Illinois has a significant connection to this case and its residents have a greater interest in the outcome of the litigation because many of the parties, witnesses, and evidence pertaining to this dispute are located in Illinois.

3. Finally, since Illinois law is the applicable law under the Agreement, it is in the interests of justice to have an Illinois court determine the issues under its law.

WHEREFORE, for the reasons stated above and in the accompanying memorandum of law, Defendant Cinch Connector, Inc. requests that this Court transfer this action to the United States District Court for the Northern District of Illinois.

CINCH CONNECTOR, INC.,
Petitioner/Defendant

By: _____ BBO# 647207
One of Its Attorneys   July 12, 2004

Stephen Wald
Chauncey D. Steele, IV
Craig & Macauley, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02210
617.367.9500

2