COMMONWEALTH OF MASSACHUSETTS

NORFOLK COUNTY

SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO. 04-00414

GERBER RADIO SUPPLY CO., INC.                )
d.b.a. GERBER ELECTRONICS,                    )
        Plaintiff                              )
                                                        )
    -vs-                                      )
                                                        )
CINCH CONNECTOR, INC.                         )
        Defendant                              )
                                                       )

## **AFFIDAVIT OF MARK D. ENGEL**

I, Mark D. Engel, having been duly sworn, do, upon oath hereby depose and state:

1.      I am one of the attorneys representing the plaintiff, Gerber Radio Supply Co., Inc. ("Gerber") in the above-entitled action. I have been a member of the bar of the Commonwealth of Massachusetts for over thirty (30) years.

2.      On July 21, 2004 I participated in a conference call with two (2) of the attorneys for the defendant, Chauncey D. Steele, IV and Tina M. Paries, regarding this matter.

3.      During the conference call, Ms. Paries stated (paraphrasing) "Really, the only issue in this case is what portion of the inventory is obsolete or more than five (5) years old."

Signed under the pains and penalties of perjury this 26.7th day of July, 20040

Mark D. Engel