UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10724-RGS

GERBER RADIO SUPPLY CO., INC.
d/b/a GERBER ELECTRONICS

v.

CINCH CONNECTOR, INC.

MEMORANDUM AND ORDER ON
DEFENDANT'S MOTION TO TRANSFER VENUE

July 29, 2004

STEARNS, D.J.

It is clear from the underlying contract that the parties expected and intended this case to be litigated in Illinois and decided under the substantive rules of Illinois law. Despite the change of heart on plaintiff Gerber's part, the only inconvenience it points to is the expense to be incurred by defendant Cinch in inspecting the product in Massachusetts, an expense that the defendant must bear wherever the case is litigated. Consequently, the motion is ALLOWED and the case will be transferred to the Northern District of Illinois.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE